IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN RAYMOND AST,** <br><br> Defendant. | **CRIMINAL ACTION** <br><br> **NO. 99-319-KSM-1** |

# ORDER

**AND NOW**, this 7th day of July 2023, upon consideration of Plaintiff's Pro Se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 145), the Government's opposition brief (Doc. No. 147), the Government's exhibits (Doc. No. 148), the Government's supplemental memorandum (Doc. No. 152), and Plaintiff's supplemental memoranda (Doc. Nos. 153, 155, 157), it is **ORDERED** that Plaintiff's motion is **DENIED.**

**IT IS FURTHER ORDERED** that given the discussion of Plaintiff's confidential medical records included in the accompanying Memorandum, that Memorandum shall be placed **UNDER SEAL.**

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**